```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAYLENCIA CALLET BLIGEN,

        Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

24-CV-8801 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On March 10, 2025, defendant filed a Motion to Dismiss or in the Alternative for Summary Judgment (Dkt. 11), making plaintiff's deadline to oppose the motion March 24, 2025. That date has now passed, and plaintiff has not filed an opposition to defendant's motion. In light of the fact that plaintiff is representing herself, the Court *sua sponte* EXTENDS her deadline to respond to the motion to **May 5, 2025**. Should plaintiff fail to respond by this date, the Court will consider plaintiff's motion unopposed.

Dated: New York, New York
       April 3, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**