UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

  TAYLENCIA C. B.,

                      Plaintiff,                      24 **CIVIL** 8801 (JPO)

      -v-                                              **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 28, 2025, the Commissioner's motion to dismiss is hereby GRANTED without prejudice to any future action by Plaintiff challenging the Commissioner's final decision on her application for disability benefits; accordingly, the case is closed.

**Dated:** New York, New York

     August 28, 2025

                                                                **TAMMI M. HELLWIG**
                                                               _____
                                                                    **Clerk of Court**

                             **BY:**      *K. Mango*

                                                                    _____
                                                                    **Deputy Clerk**